# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MICHAEL LAUKAITIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDUCATION MANAGEMENT CORPORATION, et al., <br><br> Defendants. | ***Jury Trial Demanded*** <br><br> Civil Action No. 2:11-cv-00601-TFM <br><br> Hon. Terrence F. McVerry <br><br> Electronically Filed |

## ORDER

AND NOW, this 6th day of April, 2015, it is hereby ORDERED that the Joint Motion for Stay Pending Mediation is GRANTED. This matter is stayed pending further Order of Court.

BY THE COURT

s/ Terrence F. McVerry
Terrence F. McVerry
United States Senior District Judge

PII-561305925